IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 16-cv-00335-CBS | Date: April 22, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                           *Counsel:*

WOOD GROUP PSN, INC.,                Kimberly Berve
                                                       N. Reid Neureiter

Plaintiff,

v.

BRANDON STEPHENS, *et al.,*             Brian Moore
                                                       Richard Ensor (by phone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:  RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 11:01 a.m.**
Court calls case.  Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

Mr. Neureiter tenders documents to the court regarding request for extra interrogatories.  Mr. Neureiter withdraws current discovery requests.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each party shall be limited to **10** depositions, **excluding** experts.
Each party shall be limited to **25** interrogatories, **25** requests for production, and **25** requests for admission, plus up to an additional **15** requests for admission as to the authenticity of documents.
Discovery Cut-off: **November 4, 2016**
Dispositive Motions Deadline: **December 2, 2016**
Each side shall be limited to **3** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: September 2, 2016**
Parties shall designate rebuttal experts **on or before: October 3, 2016**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than THIRTY THREE DAYS** prior to close of discovery.

**ORDERED:**   A Telephone Status Conference is set for **July 26, 2016 at 10:00 a.m.** to discuss the status of discovery, issues appropriate for summary judgment motions, to set a Final Pretrial Conference, and to re-visit the trial date if needed.  Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

**Counsel may not file any OPPOSED discovery motions without leave of court.  Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues.  If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection.  The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

**TRIAL:**
A five day jury trial is set to commence on **March 13, 2017 at 9:00 a.m.**  The court is holding March 20-22, 2017 for additional days for trial if needed.

**ORDERED:**   *[22] Stipulated Protective Order* is **GRANTED.**

Further discussion regarding electronically stored information.

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:49 a.m.**
Total time in court:     00:48

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.